IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                         4:11CR00170-01-BRW

BILLY JOE CHAMBERS

ORDER

Pending is a Motion to Dismiss Revocation Petition (Doc. No. 3) filed by the United States in the above styled matter. After a review of the Motion and there being no objection from the defendant, or the Probation Office, the Court finds that the Motion should be, and hereby is GRANTED. The Motion to Revoke Supervised Release (Doc. No. 2) is dismissed.

IT IS SO ORDERED this 5th day of November 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ord.WithdrawMtn.wpd